UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY DAVIS JR. | * | CIVIL ACTION |
| VERSUS | * | NO.:11-02415 |
| ASHLAND SERVICES, LLC, ES&H, INC., | * | SECTION: R |
| BP EXPLORATION & PRODUCTION, | | |
| INC., BP AMERICA PRODUCTION CO., | * | MAGISTRATE: 4 |
| and BP CORPORATION NORTH | | |
| AMERICA, INC. | * | IN ADMIRALTY/RULE 9(H) |

\*      \*      \*      \*      \*      \*      \*

## FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the plaintiff, RAY DAVIS, JR., and for his First Amended Complaint, respectfully avers as follows:

1.

Plaintiff hereby amends Paragraph 2 of his Complaint to add the following additional defendant:

AMERI-FORCE,  INC., on information and belief, a corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent herein, the owner and/or operator of the facility at which plaintiff was injured and the employer of persons working therein."

2.

Plaintiff   re-alleges and re-avers each and every allegation of his original Complaint against AMERI-FORCE, INC., ES&H, Inc., BP EXPLORATION & PRODUCTION,INC., BP AMERICA PRODUCTION CO. and BP CORPORATION NORTHAMERICA, INC. as if set out here in full.  All allegations against ASHLAND SERVICES, LLC are hereby abandoned.

3.

Plaintiff amends the caption of this case to read as follows:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY DAVIS, JR. | * | CIVIL ACTION |
| VERSUS | * | NO.:11-02415 |
| AMERI-FORCE, INC., ES&H, INC., | * | SECTION: B |
| BP EXPLORATION & PRODUCTION, | | |
| INC., BP AMERICA PRODUCTION CO., | * | MAGISTRATE: 2 |
| and BP CORPORATION NORTH | | |
| AMERICA, INC. | * | IN ADMIRALTY/RULE 9(H) |

*       *       *       *       *       *       *

A copy of the original Complaint is annexed hereto as Exhibit 1.

WHEREFORE, plaintiff prays that this First Amended Complaint be deemed good and sufficient, and that after all legal delays and due proceedings had, there be judgment herein in favor of the plaintiff and against the defendants, AMERI-FORCE, INC., ES&H, Inc., BP EXPLORATION & PRODUCTION,INC., BP AMERICA PRODUCTION CO. and BP CORPORATION NORTHAMERICA, INC. , jointly, severally, and in solido, as prayed for herein and in the original Complaint, in a true and

full amount to be determined at the trial of this matter, together with legal interest from

the date of occurrence, all costs of these proceedings, and such other relief as the law and

equity may provide.

RESPECTFULLY SUBMITTED:


/s/ Errol B. Conley_____
LAWRENCE BLAKE JONES (7495)
ERROL B. CONLEY (18580)
SCHEUERMANN & JONES
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the **24**[th] day of **October**, 2011, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECM system which will send a notice of electronic filing to all counsel of record whom have elected e-notification by operation of the court's electronic filing system.  I further certify that I also served a copy of the foregoing pleading to all attorney(s) of records who are non-CM/ECF participants via facsimile transmission and/or via hand delivery and/or via the United States Mail, postage prepaid, on this same date of **24**[th] day of **October**, 2011.

  /s/ Errol B. Conley_____